**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RONNIE E. CONNOLLY,**

       **Plaintiff,**

**-vs-**                                 **Case No. 6:10-cv-900-Orl-28GJK**

**STATE OF FLORIDA, JUDGE JON B.**
**MORGAN, DR. MATHEW SCIBEL, KIN**
**KOMARA, MARK BURNHAM,**

       **Defendants.**

_____

# ORDER

This case is before the Court on "Appeal for Former [sic] Palperse [sic] Request for Court Appointed Attorney" (Doc. No. 11) filed August 24, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be denied, the amended complaint be dismissed, and the case be closed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed,[1] the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 9, 2010 (Doc. No. 17) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

---

[1] The Court notes that a copy of the Report and Recommendation was sent via certified mail to Plaintiff at the address he provided, but it was returned. Plaintiff has not provided any other address to the Court.

2.      Plaintiff's Request for a Court Appointed Attorney (Doc. 11) is **DENIED.**

3.      The Amended Complaint (filed as separate docket entries against each Defendant) (Doc. 12-16) is **DISMISSED.**

4.      The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __30th___ day of November, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge